UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRENT J CAUBARREAUX** | **CASE NO. 6:18-CV-01302** |
| **VERSUS** | **JUDGE JUNEAU** |
| **SIERRA ENGINEERING LLC ET AL** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 42) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 10), pursuant to Federal Rule of Civil Procedure 12(b)(1), filed by the defendants, Sierra Engineering, LLC and Zurich North American Insurance Company, is hereby **GRANTED**, and the complaint and amended complaint filed by the Plaintiff, Brent J. Caubarreaux, are hereby **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that all pending motions are hereby **DENIED AS MOOT**. The Clerk of Court shall close this case.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of February, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE